AICARD
v.
DALY.

---

### GEORGE C. McCHESNEY et al. *v.* ANDREW DALY.

A PPEAL from the Third District Court of New Orleans, *Kennedy* J.
By the court:

ROST, J.   This case is, in all respects, similar to that of *Aicard* against the same defendant, just determined; and, for the reasons therein given, the judgment is affirmed, with costs.

---

### FOSTER & CO. *v.* BAER & CO. et al.

Where an article is unsound at the date of the sale, the standard of responsibility of a *bonâ fide* seller, is the difference of value at the date of the sale between a sound and the unsound article.

7   613
Case 2
114   503

7   613
Case 2
f121   75

A PPEAL from the Fourth District Court of New Orleans, *Strawbridge*, J.
*M. M. Cohen*, for plaintiffs.   *Hoffman* and *Ogden, Reynolds* and *Livingston*, for defendants.   By the court:

SLIDELL, J.   Upon the question of the right of *Martin, Owen & Co.* to file an answer, we are unable to distinguish this case from *Moran* v. *Tanner*, 6 Ann. 119.

If the pork was unsound at the date of the sale by *Martin, Owen & Co.* to *Baer & Co.*, the standard of responsibility of the former to the latter is the difference of value, at the date of the sale, between a sound and the unsound article.   If, for example, the difference of value on the day of sale was 20 per cent, *Baer & Co.* would be entitled to a deduction of twenty per cent from the price they paid, assuming the price was the fair market value, at the time, of a sound article.   In saying this is the standard, we assume that *Martin, Owen & Co.* sold in good faith.   Bad faith might involve a larger responsibility; but this is not imputed, and its consequences need not be considered.

The date of the sale being the time to which we are to look, we are unable to ascertain the damages in the present case, as between *Baer & Co.* and *Martin, Owen & Co.* within the market rates at the date, nor the price paid being proved.

It is therefore decreed, that the judgment of the district court against *Martin, Owen & Co.*, be reversed, and that the cause be remanded for further proceedings, the appellees to pay the costs of the appeal.